**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee*, <br><br> v. <br><br> FLORENCE A. WHITE EAGLE, *Defendant-Appellant*. | No. 11-30352 <br><br> D.C. No. 4:11-cr-00032-SEH-1 <br><br> ORDER |

Filed November 12, 2013

Before: Kenneth F. Ripple[*], M. Margaret McKeown,
and Jacqueline H. Nguyen, Circuit Judges.

## ORDER

The opinion filed July 5, 2013, 721 F.3d 1108, is amended as follows:

At page 15 of the slip opinion, line 1; 721 F.3d 1108, 1116, "on or around" shall be changed to "on or about".

With these amendments, the panel has voted to deny the petition for panel rehearing. The full court has been advised of the petition for rehearing en banc and no judge has

---

[*] The Honorable Kenneth F. Ripple, Senior Circuit Judge for the U.S. Court of Appeals for the Seventh Circuit, sitting by designation.

requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for panel rehearing and petition for rehearing en banc are **DENIED**.  No further petitions for en banc or panel rehearing shall be permitted.